IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:22-CR-3 |
| v. | § | JUDGE JDK/JDL |
| | § | |
| RUBEN DANIEL MARIONI (11) | § | |

## FACTUAL BASIS

Investigation by the United States Department of Health and Human Services, Office of the Inspector General (HHS-OIG), the United States Department of Defense, Office of the Inspector General, Defense Criminal Investigative Service (DCIS), Texas Attorney General's Medicaid Fraud Control Unit (OAG-MFCU), and the Federal Bureau of Investigation (FBI) disclosed the following facts that establish that I, the defendant, Ruben Daniel Marioni, violated 18 U.S.C. § 371 (Conspiracy to Commit Illegal Remunerations). I accept the following factual basis as true and correct:

1. From in or around July 1, 2015, and continuing thereafter until or about January 9, 2018, in the Eastern District of Texas, and elsewhere, I knowingly and willfully conspired and agreed with others to commit and abet certain offenses against the United States:

    a. to violate the Anti-Kickback statute by knowingly and willfully soliciting or receiving any remuneration, including any kickback, directly or indirectly, overtly or covertly, in cash or in kind, in return for referring beneficiaries for the furnishing or arranging for the furnishing of any item or service or in return for ordering or

Factual Basis – Page 1

recommending the ordering of any item or service for which payment may be made in whole or in part under a Federal health care program, in violation of 42 U.S.C. §§ 1320a-7b(b)(1)(A) and 1320a-7b(b)(1)(B); and

b. to violate the Anti-Kickback statute by knowingly and willfully offering or paying remuneration, including any kickback, directly or indirectly, overtly or covertly, in cash or in kind, to any person to induce the referral of beneficiaries for the furnishing or arranging for the furnishing of any item or service or to induce another person to order or arrange for or recommend the ordering of any item or service for which payment may be made in whole or in part under a Federal health care program, in violation of 42 U.S.C. §§ 1320a-7b(b)(2)(A) and 1320a-7b(b)(2)(B).

2. I knew of the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further its unlawful purpose.

3. It was the object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by paying and receiving kickbacks in exchange for the referral of and arranging for and ordering and recommending the ordering of health care business for which payment may be made in whole or in part under Federal health care programs, to conceal the kickback arrangement, and to use the kickbacks and the proceeds of the kickback arrangement for their personal benefit, as well as that of others.

4. One of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

5. The value of the improper benefit to be conferred exceeded $150,000 but did not exceed $250,000. *[initialed RM]*

6. I agree to forfeit a sum of money equal to $215,082.16 in US currency representing the amount of proceeds I obtained as a result of the offense.

7. ~~6.~~ I acknowledge that these acts constitute a violation of 18 U.S.C. § 371 related to Medicare and Tricare. (Conspiracy to Commit Illegal Remunerations).

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 7/20/2022

_____
Ruben Daniel Marioni
Defendant

### Defendant's Counsel's Signature and Acknowledgment:

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, Ruben Daniel Marioni. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: 7-20-2022

_____
Justo Mendez
Attorney for Defendant